**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)    3:09-md-02100-DRH-PMF<br>)<br>)    MDL No. 2100<br>) |

**This Document Relates To:**

*Jennifer Lincoln v. Bayer Corporation, et al.*       No. 11-cv-12035-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 17, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

**Dated:** March 17, 2014

Digitally signed
by David R.
Herndon
Date: 2014.03.17
14:40:27 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT